AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

**Dec 17, 2025**

for the

Eastern District of Washington

SEAN F. McAVOY, CLERK

PAMELA B.

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

Civil Action No.   4:25-cv-05058-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Court Order at ECF No 20, The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
The parties' briefs, ECF Nos. 9 and 18, are TERMINATED.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Edward F. Shea.

Date:   12/17/2025

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*